# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.,<br><br>Defendants. | Case No. 1:15-cv-01918-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR ACCESS TO LAW LIBRARY<br><br>ECF Nos. 36, 38 |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2018, Plaintiff filed a motion for an order to attend the law library under priority legal user status. (ECF No. 36.) On April 17, 2018, the Magistrate Judge construed Plaintiff's motion as a request for a preliminary injunction, and issued findings and recommendations recommending that the motion be denied. In the same order, the Magistrate Judge granted Plaintiff an extension of time to comply with the Court's order requiring him to submit service documents in this action, based on his allegations of limited law library photocopying access and limited writing supplies.

The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days of service. (ECF No. 38.) Plaintiff timely filed objections on May 5, 2018. (ECF No. 39.)

1

1    Plaintiff objects that the Magistrate Judge's findings and recommendations are made in

2 retaliation and are in error. The Court has reviewed Plaintiff's objections and finds them to be

3 meritless.

4    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

5 a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's

6 objections, the Court finds the findings and recommendations to be supported by the record and

7 by proper analysis.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.    The findings and recommendations issued on April 17, 2018, (ECF No. 38), are

10 adopted in full; and

11    2.    Plaintiff's motion for an order to attend the law library under priority legal user

12 status (ECF No. 36) is denied.

13

IT IS SO ORDERED.

14

Dated:   May 14, 2018

15 _____

SENIOR   DISTRICT   JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28