# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.,<br><br>Defendants. | Case No. 1:15-cv-01918-AWI-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD CLAIMS<br><br>(Doc. No. 52) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend complaint to add various claims, filed on August 7, 2018. (Doc. No. 52.) Defendants filed a response stating that they opposed the motion as it attempts to add unrelated issues and new defendants, and does not comply with Federal Rule of Civil Procedure 20(a)(2). The time for a reply has passed, and no reply was filed. The motion is deemed submitted. Local Rule 230(l).

Plaintiff states that he seeks to add claims of cruel and unusual punishment, retaliation, excessive force, Fourteenth Amendment violations, and fraud. In support, Plaintiff declares that he submitted legal documents to officers for processing, but did not receive photocopying services, and only some of the pages he gave to the officers were returned to him. Specifically, Plaintiff was missing some documents from an objection to a motion to dismiss, and from a motion to amend. Plaintiff contends that his documents were stolen to interfere with his access to the courts. Plaintiff also asserts that he was denied legal supplies.

1 Plaintiff's request to amend his first amended complaint must be denied, as Plaintiff's motion does not have any attached proposed amended pleading, nor does it otherwise explain what additional factual allegations he seeks to make. *See* Local Rule 137(c) (if filing a document requires leave of court, the party must attach the proposed document to be filed as an exhibit to the moving papers). Therefore, the Court is unable to address whether leave to amend should be granted.

Plaintiff contends that some of his documents were taken when he submitted them for photocopying, and not returned. As to that motion, Plaintiff may resubmit his motion and proposed amendment, and he may explain to the Court whether and how he has been prejudiced by the missing pages, if at all. With the little information that has been presented, the Court is unable to determine these matters.

Plaintiff also states that he believes there has been a conspiracy to commit murder on him for several months. He provides no details. To the extent Plaintiff seeks assistance from the Court to notify the warden of his institution of any danger or threats to him, he may alert the Court and it will pass on the information. Further, Plaintiff has other avenues of relief available to him to report dangerous conditions of confinement, including filing a petition for writ of habeas corpus. *E.g.*, *Smith v. Anderson*, 317 F.2d 172, 172 (D.C. Cir. 1963).

For these reasons, Plaintiff's motion for leave to amend, filed on August 7, 2018 (Doc. No. 52) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **September 17, 2018**       /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2