# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. OGBUEHI, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01918-AWI-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO AMEND<br><br>(Doc. No. 56) |

　　　Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 17, 2018, the Court denied Plaintiff's motion for leave to amend his complaint to add claims. (Doc. No. 54.) The deadline for briefing had passed at the time the order was issued. Local Rule 230(l).

　　　Currently before the Court is Plaintiff's reply in support of his motion to amend. The reply consists of a paragraph raising no substantive arguments, and the Court finds no cause to reconsider its previous ruling based on the reply.

　　　Accordingly, Plaintiff's reply is HEREBY DISREGARDED.

IT IS SO ORDERED.

　　Dated: __September 20, 2018__　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE