# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.,<br><br>Defendants. | Case No. 1:15-cv-01918-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' OPPOSITION TO MOTION TO AMEND COMPLAINT<br>(Doc. No. 58)<br><br>ORDER STRIKING PLAINTIFF'S SECOND REPLY TO OPPOSITION TO MOTION TO AMEND COMPLAINT<br>(Doc. No. 59) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2018, the Court denied Plaintiff's motion for leave to amend his complaint to add claims. (Doc. No. 54.) The Court ruled that Plaintiff had failed to attach any proposed amended pleading, and the Court was unable to determine whether leave to amend should be granted as a result. The Court ordered that Plaintiff may resubmit a timely motion and proposed amended pleading. (*Id*. at 2.) The deadline for briefing had passed at the time that the order was issued. Local Rule 230(l).

On September 19, 2018, Plaintiff filed a reply in support of his motion to amend. (Doc. No. 56.) On September 20, 2018, the Court reviewed the reply and found that it raised no grounds that required it to reconsider its previous ruling. (Doc. No. 57.)

1    Currently before the Court is Plaintiff's motion to strike Defendants' opposition to his
2 motion for leave to amend, (Doc. No. 58), and a second reply in support of his motion to amend,
3 (Doc. No. 59).

4    The motion to strike asserts that Defendants has misrepresented the facts to mislead
5 and/or confuse the Court. The Court finds no support for those contentions in the record.
6 Regardless, Plaintiff's motion was denied for other reasons. The motion to strike is therefore
7 denied.

8    The second reply to Plaintiff's opposition was neither requested by the Court, nor was
9 any leave sought by Plaintiff to file an additional reply. Plaintiff is advised that parties do not
10 have the right to file multiple reply briefs, and motions are deemed submitted when the time to
11 reply has expired. Local Rule 230(l). Therefore, that unauthorized second reply will be stricken.

12    The Court will entertain no further filings on this issue, other than a single renewed
13 motion for leave to amend Plaintiff's complaint with a proposed amended pleading that the Court
14 previously authorized. Any other filings will be summarily stricken. Plaintiff is further warned
15 that the needless multiplying of the proceedings and wasting of judicial resources, such as
16 submitting any baseless filings in bad faith or for harassment, will subject a party to sanctions.

17    Accordingly, it is HEREBY ORDERED that:

18    1.    Plaintiff's motion to strike Defendants' opposition to motion to amend complaint
19 (Doc. No. 58) is denied; and

20    2.    Plaintiff's second reply to Defendants' opposition to motion to amend complaint
21 (Doc. No. 59) is stricken from the record.

IT IS SO ORDERED.

   Dated:   **September 26, 2018**              /s/ *Barbara A. McAuliffe*            _
                                          UNITED STATES MAGISTRATE JUDGE

2