.

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No. 1:15-cv-01918-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND EXTRAORDINARY REMEDY FOR RELIEF |
| v. | |
| C. OGBUEHI, et al., | (Doc. No. 61) |
| Defendants. | |

## I.     Background

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2018, the Court denied Plaintiff's motion for leave to amend his complaint to add claims. (Doc. No. 54.) In that motion, Plaintiff also stated that he believed that there has been a conspiracy to commit murder on him for several months. He provided no details. The Court notified Plaintiff that he may ask the Court to notify the warden of any danger to him, or he may seek other available avenues of relief. (*Id.* at 2.)

Currently before the Court is Plaintiff's filing titled, "Motion for a Protective Order and Extraordinary Remedy for Relief and Declaration in Support Thereof," filed on September 28, 2018. (Doc. No. 61.)

///

**II.     Motion for Protective Order and Extraordinary Relief**

In the filing, Plaintiff asserts that on May 17, 2018, he was framed for two attempted murders and was assaulted, while he was housed at Richard J. Donovan Correctional Facility. On May 18, 2018, he was moved to California State Prison-Los Angeles County ("CSP-LAC"), where he contends that the prison guards have labeled him a "cop killer." Plaintiff further contends that he was attacked on August 8, 2018, and is not properly receiving his medication. As relief requested, Plaintiff directs the Court to a memorandum to the Warden of CSP-LAC, attached to his filing. The memorandum appears to make a series of demands of the Warden regarding Plaintiff's conditions of confinement. (Sept. 18, 2018 Memorandum, Doc. No. 61, at 6-11.)

Plaintiff has also attached a letter from a law firm stating that he wrote to them about the alleged August 8, 2018 attack. (Aug. 31, 2018 Letter, Doc. No. 61, at 26.) Plaintiff has also attached a letter discussing that he reported an alleged attack to the Office of Internal Affairs of CDCR. The letter informs Plaintiff that, among other things, he may submit a CDCR Form 22 to request further assistance. (Aug. 20, 2018 Letter, *id*. at 50.) Finally, Plaintiff attaches a letter from counsel at the Prison Law Office discussing reports he made regarding his complaints of being wrongfully refused his medications, their investigation of his complaints, and advice from them that he file a CDCR Form 602 to receive additional assistance on that matter. (Aug. 13, 2018 Letter, *id*. at 53.)

**III.     Discussion**

This case proceeds on Plaintiff's claim for deliberate indifference to serious medical needs against Defendants Nietas and Ogbuehi, for the denial of treatment for his ulcerative colitis and celiac disease when he was housed at Kern Valley State Prison. The allegations in the instant motion do not relate to the claim in this case. A federal court's jurisdiction is limited in nature, and its power to issue equitable orders may not go beyond what is necessary to correct the underlying constitutional violations which form the actual case or controversy. 18 U.S.C. § 3626(a)(1)(A); *Summers v. Earth Island Institute*, 555 U.S. 488, 493 (2009); *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 103-104 (1998).

1      It is not clear what relief Plaintiff seeks by this motion.  However, to the extent that

2  Plaintiff is seeking assistance in informing the Warden of CSP-LAC or other prison officials

3  about his allegations, Plaintiff has shown that there are adequate resources available to him.

4  Further, he has shown that he has previously requested assistance from multiple sources, and has

5  been given advice on how to report any issues concerning his health and safety.  Therefore, the

6  Court finds that no further action is necessary with respect to this matter.

7      Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **October 3, 2018**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

3